IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DOYLE SIMS,** *et al.*                                                                                    **PLAINTIFFS**

**V.**                                               **5:10CV00162-WRW**

**BAYER CROPSCIENCE, LP,** *et al.*                                                      **DEFENDANTS**

**REMAND ORDER**

Pending is Plaintiffs' Motion to Remand (Doc. No. 16). For the reasons set out in *Schwartz, et al. v. Bayer CropScience, LP, et al.*,[1] Plaintiffs' Motion to Remand is GRANTED. The case is REMANDED to the Circuit Court of Desha County, Arkansas.

IT IS SO ORDERED this 18th day of June, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] No. 5:10CV00160-WRW, Doc. No. 29.

1